JOHN T. KEATING
Nevada Bar No. 6373
IAN C. ESTRADA
Nevada Bar No. 12575
K E A T I N G LAW GROUP
9130 West Russell Road, Suite 200
Las Vegas, Nevada 89148
jkeating@keatinglg.com
iestrada@keatinglg.com
(702) 228-6800 phone
(702) 228-0443 facsimile

JAMES P.C. SILVESTRI, ESQ.
Nevada Bar No. 3603
PYATT SILVESTRI
701 E. Bridger Avenue
Suite 600
Las Vegas, Nevada 89101
(702) 383-6000 phone
(702) 477-0088 facsimile
jsilvestri@pyattsilvestri.com
Attorneys for *Defendant*
*Encompass Home and Auto Insurance Co.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SHELLY DONALD,<br><br>       Plaintiff,<br><br>vs.<br><br>ENCOMPASS HOME AND AUTO INSURANCE COMPANY; DOES 1 through 5; and ROE CORPORATIONS 1 through 5, inclusive,<br><br>       Defendants. | CASE NO..:   2:15-cv-01408<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

1

IT IS HEREBY STIPULATED by and between Plaintiff SHELLY DONALD and Defendant ENCOMPASS HOME AND AUTO INSURANCE COMPANY, by and through their respective counsel, that Plaintiff SHELLY DONALD's action against Defendant ENCOMPASS HOME AND AUTO INSURANCE COMPANY and all claims shall be, and are hereby, dismissed with prejudice, each party to bear their own costs and attorney's fees.

There has been no trial date set in this case.

DATED this 20th day of ~~March~~ April, 2016.     DATED this 11 day of ~~March~~ April, 2016.

K E A T I N G LAW GROUP                          BENSON & BINGHAM

_____                        _____
JOHN T. KEATING                                  BEN J. BINGHAM, ESQ.
Nevada Bar No. 6373                              Nevada Bar No. 7280
IAN C. ESTRADA                                   11441 Allerton Park Drive, Suite 100
Nevada Bar No. 12575                             Las Vegas, Nevada 89135
9130 W. Russell Road, Ste. 200                   Attorney for Plaintiff
Las Vegas NV 89148                               *Shelly Donald*
Attorney for Defendant
*Encompass Home and Auto*
*Insurance Company*

### ORDER

Based on the parties' stipulation, IT IS HEREBY ORDERED that this action is DISMISSED with prejudice, each side to bear its own fees and costs. The Clerk of Court is instructed to CLOSE THIS CASE.

Dated: April 21, 2016.

_____
UNITED STATES DISTRICT JUDGE